Good afternoon,

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/10/2015 2:24:52 PM
PAM ESTES
Clerk

The District Clerk's Office will send the exhibits that you have requested SXE 1, search warrant; SXE 2 CD; SXE 3 Miranda rights; and SXE 4 DVD interview. As far as DXE 1 that was only offered and not admitted.

Thank you

Whitney Harry